FILED

JAN 28 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISSION

**6:21-cv-79**

CASE
OR CASE 2015-1889-C-1

RE JOHN MONTgomey PLAINTIFF

VERSUS

THE STATE OF TEXAS
COVER SHEET.

FILED
2021 JAN 28 AM 8:06
JOHN B. CREDLE
DISTRICT CLERK
MCLENNAN CO. TX.
DEPUTY

DAVIS HUDSON LAWYER
WORKING WITH THE POLICE
TOOK MY LAWSUIT PAPER
NEVER RETURN THEM

CASE, J12T18-0810

EXPhAIN IT. RequST
ORDERED

1. LYE IN OPEN COURT

2. CALL CRACK HEAD

3. HOW CAN YALL REMOVE MY
   LAWYER WITH OUT ME KNOWING ABOUT

4. WHEN DID ME AND YOU TALK
   ABOUT THE 10. THOUSAND DOLLAR

5. HOO SIGN MY NAME ON COURT
   PAPER

6. CHANGE OFFICE DID NOT LET ME KNOW

7. YOU HAVE MY LEGAL COURT PAPER

8. DID I GIVE YOU CASHEM MONEY
   ORDERED

9. DO I HAVE FEDERAL CASE
   AGAINST THE POLICE

10. ARE YOU WORKING WITH THEM

11. WHY DID I GO JAIL IN FRONT
    OF COURT HOUSE

11. DID I GIVE YOU PAPER THAT DAY

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISSION

CASE
OID CASE 11

RE JOHN MONTGOMERY, PLAINTIFF
  VERSUS
DAVID HUDSON LAWYER
STATE OF TEXAS DEFENDANT
SUPPOSED FEDERAL LAWSUIT W-18 MC 271
DAVID HUDSON SAID I
SMOKE DOPE HOW CAN
I IF I TOOK HALF MY
SOCIAL SECURITY CHECK
TO PAY FOR A ROOM
BUT HE SAID HE GAVE
ME BACK 6,000.00
SIX THOUSAND DOLLAR DAVID
HUDSON LYE TO STATE
BAR HE GAVE ME MY LEGAL
DOCUMENT HOO FORGERY
JOHN MONTGOMERY NAME ON
COURT PAPER DID NOT
SIGN NO PAPER AT HIS OFFICE

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISSION


NEW CASE
OLD CASE


RE JOHN MONTGOMERY

I HAD A CASE FILE
IN TEN COURT APPEAL

COURT OF APPEAL

PO BOX 12308
AUSTIN TX 78711-2308

WONT FILE CHARGE ON
THIS LAWSUIT FOR NO
HELP IN THIS CIVIL CASE

CERITY MAIL TO DEFENDANT
ET·AL DEFENDANT

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTER DISTRICT OF TEXAS
WACO DIVISSION

NEW CASE
OID CASE W-18-MC-271
ADD ON TO IT.

RE, JOHN MONTGOMERY PLAINTIFF

VERUS                    HE DID THIS BEFORE
OFFICER HOGG ALREADY FILE        3-28 2020
                    LAWSUIT
WACO POLICE DEPARTMENT
WONT PRESS CHARGE        2-28 20 TO
CASE 20-4824 AGGAVATED ASSAULT
DATE 04-03-2020.
                    HE GAVE ME
20-1824        RCEEPT 689 757
THIS IS DEPOSIT ON.
FORD FIVE HUNDRED ON A CAR
SEEKING 5,000.00 PLUS GOT GO JAIL
I JOHN MONTGOMERY GAVE
THIS MAN 400.00 DOLLAR
DOWN OWE HIM 400.00
3-28 2020 OUT MY SOCIAL
SECURITY CHECK HE HIT ME IN
THE BACK WITH A GUN POLICE WAS CAHL

IN THE UNITED STATE
DISTRICT COURT
FOR THE WESTERN DISTRICT

RE JOHN MONTGOMEY

STATE OF TEXAS

DRIVER LICENSE

SEEK 800.000.00
EIGHT HUNDRED BILLION
DOLLAR 1358317

STATE BAR WONT
800.000.00
EIGHT HUNDRED MILLION
DOLLAR NOT HELP PEOPLE
I FILE A CASE LONG
TIME AGO.

SEEK JUSTIFY

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO   DIVISSION

NEW CASE,

OLD CASE W-18-MC-271

RE JOHN MONTGOMERY PLAINTIFF

VERSE

DAVIS HUDSON LAWYER
STEALING JOHN MONTGOMEY
MONEY PLUS GAVE BACK
2,500. DOLLAR NEW FILE
CHARGE DID NOT DO HIS
JOB WHAT I HIRE HIM
FOR HAD GO THREW STATE
BAR OF TEXAS FILE CHARGE
ON THE PLUS THE POLICE
DEPARTMENT, PLUS SHERIFF
OFFICE THE DISTRICT ATTORNEY
DRIVER LICENSE DEPARTMENT

IN THE UNITED STATE DISTRICT COUR
FOR THE WESTERN DISTRICT OF TEXAS
WACO  DIVISSION

CASE
OR CASE

RE JOHN MONTGOMEY PLAINTIFF

VERSUS

THE STATE OF TEXAS
     COVER SHEET.

DAVIS HUDSON LAWYER
WORKING WITH THE POLICE
TOOK MY LAWSUIT PAPER
NEVER RETURN THEM

CASE, J12T18-0810

EXPLAIN IT. REQUST
     ORDERED.

IN THE 19 DISTRICT COURT

Judge RALPH STROTHER.

CASE, 2015 1889-C-1

RE DAVIS HUDSON LAWYER
STATE BAR 24074448

TAKE DAVIS HUDSON OFF MY
CASE,,

I PAID HIM 10,000.00
TEN THOUSAND DOLLARS

Give JOHN MONTGOMERY
BACK HIS MONEY RECEIPT 683663
BANK NUMBER 051763589
CASHER CHECK 12395/0684

I Request FOR MICHEAL SIMMER
254 412-2300 AS YAhh SIGN YAhh
ARE HIRE TO Do Ahh CASESE
I Request FOR JESSICA LAWYER
BACK ON THIS CASE MAKE SURE GET
Ahh MY PAPER AND MONEY ET Ah
DAVIS HUDSON TO GIVE Ahh
MY PAPER AND MONEY BACK
IN THIS COURT ORDERED

SIGN John Montg          0053742

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISSION

NEW CASE
OLD CASE,,

RE,, JOHN MONTGOMER PLAINTIFF

VERSUS.

DAVID HUDSON
Need ALL MY STUFF BACK ARE GO JAIL.
HOW CAN YOU STEAL COURT
PAPER WHY DID YOU TAKE MY
10.000.00 DOLLAR GIVE ME
BACK 2,500.00 DOLLAR
YALL DID THIS BEFORE
I JOHN MONTGOMER
I WONT EVERYTHING YOU GOT,
CASHER CHECK,, 6 8 4 660 45 37 ,, 2018
DEZEMBER WHY DO THIS         YEARS
CASHER CHECK HAVE THE        I GOT IT
SAME NUMBER CRAZY            10.000.00

                             GAVE BACK
                             2.500.00
                             DID NOT SIGN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO    DIVISION,

NEW CASE
OID CASE W-18-MC 271

RE JOHN MONTGOMERY PLAINTIFF

VERSUS
SPEED TRAP. WONT 50,000.00  FIFFTY million
LOTT POLICE DEPARTMENT.
CITATION 57072.
Illegaly ARREST MAHIN JAIL DID NOT
DOING FOUR MILE OVER   PUT MY MONEY ON BOOK WHY
PLUS Illegaly SEERACH
OF MY LINCOLN TOWN
CAR, TITTLE 150581135
LOCK HIM UP TAKEING MY CAR GIVE
16131143844133619   MONEY BACK
01-24-2020
NAME DEVIN DEWAYNE LEVINGSTON
SOIE TO
HE SOID IT TO JOHN MONTGOMEY

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISSION

CASE W-18-MC 271

RE: JOHN CORNELIUS MONTGOMEY
APPELLANT,

VERSUS

THE STATE OF TEXAS
MCLENNAL COUNTY COURT
DISTRICT ATTORNEY AND LAWYER
POLICE DEPARTMENT ET. AL
DEFENDANT,
DID THE HOLD FIVE YEAR OVER TURN
GOT ARREST CASE 203 787-C
GAVE ME FIVE YEAR T.D C JAIL,
HAD THIS CASE ON APPEAL,
CASE, 2007-854-C-2,
OUT ON APPEAL BOND NEVER
GOT ARREST IN 2007. I WAS IN
TDC JAIL DOING FIVE YEAR STRAIGHT
AUGUST 31-2007 TOOK TIME BACK
STILL IN JAIL MAY 2010 P.O.

IN THE UNITED STATE COURT,,

FEDERAL CASE,,

PENDING FEDERAL W-18MC271
            CASE,,

NEW CASE TO BE HEARD

RE JOHN MONTGOMERY 13583177

VERUS

DAVIS HUDSON DEFENDANT
THE STATE OF TEXAS
MCHENNAL COURT JUDGE
ET. AL DEFENDANT
CASHER CHECK 6846604537
DECEMBER 3.2020. 2,500.00
ON THIS DATE 2018 CASHER
CHECK NUMBER 1239510684
BANK AMERICA ORDERED 683663
10.000.00 TEN THOUSAND DOLLAR
STILL HAVE LEGAL COURT DOCUMENT

20E1146J77332

'age

*LAWYER OFFICE WILL FAX THIS PAPER*

( )  Proof of monthly income, expenses, and assets *ON MY REQUES*

( )  Pay stubs from work  *FOR ALL SOCIAL SECURITY*

( )  Pension records from: the Department of Veteran Affairs, Railroad *DOCUMEN*
Retirement Board, Civil Service, state, military, private pensions

( )  Rent receipts  *STAY WITH MY SISTER*

( )  Utility bill receipts  *254 315 0660*

( )  Bank statements: savings and checking accounts, and any other bank
statements

Even if you do not have all of the information, we need to hear from you. We
will help you get anything you do not have.

We must see the original document(s) or a certified copy of the item(s). We
cannot accept photocopies. We will return these items to you.

If You Have Any Questions

If you have any questions about your appointment, you may call, write or visit
any Social Security office. If you call or visit our office, please have this
letter with you. The telephone number and address are at the top of this
letter.

Social Security offers many safe and convenient online services at our
website, www.socialsecurity.gov.

*WHY YALL SAY THE MONEY* Social Security Administration

Enclosure(s) *CAME OUT. MY CHECK IS THE*
*MONEY SITE TOUCH IS A LYE. JM*
*JOHN C MONTGOMERY MY PHONE*
*BROKE YOU CALL 254 412 2300*
*MY LAWYER OFFICE I BE THERE*
*REQUEST ALL PAPER DEALING*
*WITH MY OVERPAYMENT*
*PAPER WHERE MY SISTER*
*CAROLYN TOLER SENT BAC,*

# TEXAS NOTARY ACKNOWLEDGMENT

FILED

JUL 27 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DEPUTY CLERK

State of Texas

County of _____

Before me, _____, on this day personally

appeared _____, known to me to be the person whose

name is subscribed to the foregoing instrument and acknowledged to me that he

executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of _____, 20___.

_____

Notary Public Signature

(Seal)

Brittany Lynn Bell
My Commission Expires
12/04/2023
ID No. 132273528

FeDeRAL ciViL CASE
W-18. mc 271

RequeST ReopeN
moVANT To pRoceeD

RequesT 800.000.00 HuNDReD BiLLioN DoLlARS
pLus DPS DRiVeR pHAce 500.00 miLL
HuNDReD miLLioN DoLIARS. ET AL
DeFeNDANT ORDeR By JuDge.



**CITY OF WACO**

**WACO POLICE DEPARTMENT**
Chief of Police Ryan Holt
3115 Pine Ave
WACO, TEXAS 76708
254/750-7500

**Date: 04/03/20**

**TO:    John Montgomery**
    **414 Pullen St**
    **McGregor, TX 76657**

Ref:    Case #20-4824 Aggravated Assault

Mr. Montgomery

I have been assigned the above listed case that list you as a victim in the case. I have attempted to reach you but the phone number listed in the report and statement is not accepting phone calls.

Please contact me at the email address or phone number listed below so that I can ask you some questions. The case will not be investigated until I hear back from you.

Respectfully,

**Detective John Clark #211**
**Criminal Investigations Detectives**
**3115 Pine Ave, 5th Floor**
**Waco, TX 76708**
**Desk: 254-750-3662**
**Fax: 254-750-3616**
**Email: johnc@wacotx.gov**

**cc: File**

| | |
|---|---|
| In custody of:SHERIFF RICKY SCAMAN | Court # JP1 |
| Date of Arrest: 05/24/2020 | County/State: Falls |
| Time of Arrest  0500 | Warrant #, If any WA |
| Place of Arrest HWY77 @ FALLS RD | Bail Set: 5,000 |
| Has probable cause affidavit been  filed? ☐Yes ☑No | Fine: | TRN: 9275278369 |

## MAGISTRATES WARNING   5,000

**THE STATE OF TEXAS**                    **COUNTY OF  FALLS COUNTY**

Before me, the undersigned, magistrate of FALLS COUNTY COUNTY, TEXAS

on MAY 24, 2020    at  10:45   appeared MONTGOMERY,JOHN CORNELIUS    DOB:08/26/1966

I gave said person the following warning:

☑ You are charged with the offense of POSS CS PG 2 < 1G _____ offense degree: FS

☑ You have a right to hire an attorney to represent you.

☑ You have the right to have an attorney present prior to and during any interview and questioning by peace officers or attorneys representing the State.

☑ You have the right to remain silent

☑ You are not required to make a statement, and any statement you make can and may be used against you in court.

☑ You have the right to stop any interview or questioning at any time.

☐ You have the right to have an examining trial (felonies only).

☐ You have the right to request appointment of counsel if you cannot afford counsel.

### THE MAGISTRATE SHALL ENSURE THAT THE PERSON IS INFORMED OF THE FOLLOWING PROCEDURES:

a. That an application for a court appointed attorney must be completed to determine if he/she qualifies for a court appointed attorney;
b. That reasonable assistance will be provided to him/her when filling out the application for a court appointed attorney if needed;
c. That a financial affidavit must be signed;
d. That an affidavit is a written or printed declaration or statement of facts made voluntarily and confirmed by oath before a person having authority to administer such oath;
e. That if he/she meets indigence standards he/she will qualify for court appointed attorney;
f. Attorney should attempt to contact him/her by the end of the first working day after appointment and to interview him/her as soon as practicable after appointment. If appointment is made when the accused is before the court, the accused will be given attorneys name, address, and phone number.

If you are not a United States citizen and you have been arrested or detained, you may be entitled to have us notify your country's consular representatives here in the United States. Do you want us to notify your country's consular officials?
____ NO._____ YES.
If you responded "YES" what country?_____
If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.

## THE ACCUSED DOES/DOES (NOT) WANT TO REQUEST COURT APPOINTED ATTORNEY
(CIRCLE ONE)

I acknowledge that I was given the above warning.        Magistrate _Merle W Smith_
(This is not an admission of guilt)                        Place of warning:FALLS COUNTY JAIL
                                                           Date: 5-24-0

_____                                Witnesses(if any):
Person warned                                            Name:_____
                                                         Address:FALLS COUNTY JAIL/2847 SH 6
Accused refused to sign acknowledgement                          MARLIN, TEXAS 76661
of warning:☐
                                                         Name:_____
_Cit of us_                                              Address:FALLS COUNTY JAIL/2847 SH 6
Magistrate                                                        MARLIN, TEXAS 76661
Remarks:

This hearing was interpreted by:_____
                                                  (Name of Interpreter)

Attorney Appointed:_____

_____

_____

Cause No. 2007-854-C2

STATE OF TEXAS, GARNISHOR          IN THE DISTRICT COURT OF

V.

                                    MCLENNAN COUNTY, TEXAS

John Cornelius Montgomery          54TH JUDICIAL DISTRICT

TO:        INMATE TRUST ACCOUNT, TEXAS DEPARTMENT OF CRIMINAL JUSTICE

COPY TO:   John Cornelius Montgomery and
           OFFICE OF GENERAL COUNSEL INMATE LITIGATION MANAGEMENT

GREETINGS:

The above named Texas Department of Criminal Justice Institutional Division offender has of this date been assessed court costs, fees and/or fines in the District Court of McLennan County, Texas, in the above entitled cause in accordance with the sentence imposed and to which this Order is attached. The Court finds that the Defendant is unable to pay the costs, fees and fines on this date and that the funds should be withdrawn from the inmate trust account. Thereby, court costs, fees and/or fines have been incurred as represented in the certified Bill of Costs attached to the judgment in the amount of $ 931.00 .

THE COURT ORDERS that payment be made out of the offender's Inmate Trust Account as follows:

Pay an initial amount equal to the lesser of:

(1) 20% of the month's deposit for the first month that the offender has a deposit into the inmate's trust account; or

(2) The total amount of fees and costs.

In each month following in which the initial payment is made above, the inmate shall pay an amount equal to the lesser of:

(1) 10% of that month's balance in the inmate Trust Account; or

(2) the total amount of fees that remain unpaid

Payments are to continue until the total amount of the costs, fines and fees are paid, or the inmate is released from confinement.

On receipt of a copy of this Judgment, the department (Inmate Trust Account) shall withdraw money from the trust account of the inmate, hold same in a separate account, and shall forward said

CERTIFIED DOCUMENT
PAGE 2 OF 11
DISTRICT CLERK OF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

JOHN CORNELIUS MONTGOMERY,
       **Plaintiff,**

-vs-                                          **Case No.  W-18-MC-271-RP**

STATE OF TEXAS, et al.,
                 **Defendants.**

*W-18-mc-271-R.P.*

## **ORDER**

Before the Court is John Cornelius Montgomery's motion for leave to file complaint.  After consideration of Montgomery's motion, it is denied.

Montgomery is barred from filing any action in this Court unless he is granted permission to file such action.  The Court previously explained to acquire such permission Montgomery must obtain the necessary consent by:  (1) paying the full balance of the $100.00 sanction issued on August 20, 2014, in *Montgomery v. Kotie Car LLC*, No. 6:13-CV-186 (Doc. 19); (2) filing a motion for leave seeking permission to file an action; and (3) attaching a proposed complaint to the motion for leave which clearly sets forth his claims.  Montgomery still has outstanding a sanction in the amount of $100.00 imposed on August 20, 2014 in Cause No. 6:13-CV-186 and his proposed complaint fails to clearly set forth any valid claims for relief.

*JOAN MONTGOMES* ATTENTION CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Waco)
## CIVIL DOCKET FOR CASE #: 6:18-mc-00271-ADA

Montgomery v. State of Texas et al       Date Filed: 09/17/2018
Assigned to: Judge Alan D Albright      Date Terminated: 03/21/2019

**Plaintiff**

**John Cornelius Montgomery**    represented by   **John Cornelius Montgomery**
617 Park Ridge Rd
Waco, TX 76643
254-733-2130
PRO SE

V.

**Defendant**

**State of Texas**

**Defendant**

**Ralph T. Strother**

**Defendant**

**Kevin Reyna**

**Defendant**

**Jody Krunnow**

**Defendant**

**Kenneth Davis**

**Defendant**

**Spederick Rougely**

**Defendant**

**Johnny Barnhart**

| Date Filed | # | Docket Text |
|---|---|---|

AL SECURITY ADMINISTRATION

```
Date: December 9, 2019
BNC#: 19BC294K94936
REF: A ,DI
```

JOHN MONTGOMERY
414 PULLEN STREET
MCGREGOR TX 76657-1845

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2019, the full monthly
Social Security benefit before any deductions is......$ 743.50

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 743.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

Beginning July 2019, the current
Supplemental Security Income payment is..............$ 60.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Other Important Information

ON 12/09/209, MR. MONTGOMERY SUBMITTED ADDITIONAL EVIDENCE ON HIS CASE. COPIES OF THE EVIDENCE WERE GIVEN TO MR. MONTGOMERY'S CASE WORKER.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

TEXAS HEALTH AND HUMAN SERVICES
P O BOX 149029
AUSTIN, TEXAS 78714-9029


**TEXAS**
Health and Human
Services

**Date:**          **12/06/2020**

**Case Number:**   **1012875487**

**Need help?**

Call 2-1-1 or 1-877-541-7905 .

If you have a hearing or speech disability,
call 7-1-1 or any relay service.
**All numbers are free to call.**

5291345200368930105

JOHN CORNELIUS MONTGOMERY
617 PARK RIDGE RD
HEWITT TX 76643-3284

# Notice about your case:

## SNAP Food Benefits

**EDG number: 515326715**

| Who gets SNAP Food Benefits | | |
|---|---|---|
| Name | Date | Monthly Amount |
| John Cornelius Montgomery | 01/01/2021 - 12/31/2021 | $ 122.00 |
| John Cornelius Montgomery | 10/01/2020 - 12/31/2020 | $ 126.00 |
| John Cornelius Montgomery | 08/01/2020 - 09/30/2020 | $ 115.00 |

Notes:

Your SNAP benefits will be available by the 9th of each month. (If this is your first time getting benefits, you
may get them early for the first few months.)

Comments:   The amount of benefits you get has changed. This is due to either a change in (1) the amount
of money you get in federal benefits (RSDI, SSI or Railroad Retirement) or (2) the amount you pay for
Medicare Part B. - (TW B-632, 1 TAC 372.408; 372.1404, 7 CFR 273.9; 7 CFR 273.10)

## Facts we have about your case:

### Money coming into your home (income)

**W. H. (PETE) PETERSON**
JUSTICE OF THE PEACE
PCT. 1, PL. 2



501 WASHINGTON AVE., STE. 108
WACO, TEXAS 76701
VOICE: (254) 757-5128
FAX: (254) 757-5035

*BRIEF APPEAL MOTION ORDERED*

July 9, 2019

John Montgomery
617 Park Ridge Rd.
Waco, TX. 76643

RE: Case Number-  J12T18-0810 Driving While License Invalid

Dear Mr. Montgomery,

This letter is to inform you that your appeal was not accepted by the County Clerk's Office because you failed to post the required bond; the case was returned to our office to execute the sentence assessed by the Jury. The amount due is $418.60, payment can me made online at co.mclennan.tx.us, in the office, or by mail. For other payment options please contact our office within 10 days from the date on this letter

If you have any questions, please feel free to contact our office at 254-757-5128.

Sincerely,

Stacy Medina
Clerk of the Court
Precinct 1, Place 2
McLennan County, Texas

IN THE UNITED STATE COURT

FEDERAL CASE

PENDING FEDERAL W-18-MC271

RE,, JOHN MONTGOMERY

VERSUS
STATE BAR OF TEXAS

VIA CMRRR 7015 0920 0001 4523 1488
RE, 201907320 DAVIS ALLAN HUDSON
STILL COURT LEGAL PAPER ET AL
PANEL IS TO REFER LAWYER
CASHER CHECK 6846604537
2,500.00 GAVE HIM 10,000.00
NEED ALL MONEY PLUS SUIT
HIM FOR EVERYTHING HE GOT

KRISTY HOWE

REFUSE TO FILE MY CASE
REFUSE FILE CASE THEY
REFUSE TAKE MY COMPLAINT

# Social Security Administration

*[handwritten: LAWYER]*

*[handwritten: LET ME IT Dr]*

SOCIAL SECURITY
1700 LAKE AIR DR
WACO TX 76710-9995

*[handwritten: Request Ahh paper]*

*[handwritten: THIS CAME FROM 2005 CHECK CAME]*

JOHN CORNELIUS MONTGOMERY
617 PARK RIDGE RD
HEWITT TX 76643 3284

*[handwritten: got out 2010 YAhh Request TAKE money out my CHECK STILL TAKE money OUT]*

*[handwritten: CAhh my sister 254 315 0660 LET HER KNOW]*

(866) 964-6304
TTY:   (800)325-0778
Date:   October 1, 2020
Phone:   (800) 772-1213
Date:   October 1, 2020
BNC#:   20E1146J77332

*[handwritten: WONT KNOW HOW MUCH YALL]*

## Notice of Appointment

We are writing to you about your overpayment.

## You Have An Appointment

We have set up an appointment for you on October 27, 2020 at 10:00 AM. On that date, we will call you at (254) 523-5163. Let us know if this number is wrong.

*[handwritten: TOOk OUT MY CHECK WHEN I goT OUT OF JAIL]*

## Your Telephone Appointment

We will call you at the telephone number shown on our records, (254) 523-5163. If this number is incorrect or changes, or if your address as shown above changes, please let us know where we can reach you. We will make every effort to call you at your scheduled appointment time. However, if our call is delayed, we will keep any delay to a minimum.

## Things We Need For The Appointment

Please try to have all of the items shown below from _____ to the present, when we call.

Shown below is a list of items we may need for your appointment. When you come in to our office for your appointment, please try to bring any items that apply to your case. We need items from when your overpayment happened to the present.

()   This letter.

*[handwritten: JOHN MONTgomery PHONE BROKE]*

See Next Page

## MUNICIPAL COURT FINE LIST

Mail Payment/Correspondence to:
City of Waco Municipal Court
P.O. Box 2570
Waco, TX 76702-2570

You may contact the City of Waco Municipal Court at (254) 750-5900 or you may obtain information on the website at: http://www.waco-texas.com. Driving directions to the City of Waco Municipal Court are on the website or you may telephone (254) 750-5900, press 3, for directions.

If Appearing in Person:
Community Services & Municipal Court Bldg.
(Next to Waco-McLennan County Health District)
201 W. Waco Dr., Waco, TX 76707

**SPEEDING**
| 1 to 10 Miles Over the Posted Speed Limit | $169.00 |
| 11 Miles Over the Posted Speed Limit | $172.00 |
| 12 Miles Over the Posted Speed Limit | $175.00 |
| 13 Miles Over the Posted Speed Limit | $178.00 |
| 14 Miles Over the Posted Speed Limit | $181.00 |
| 15 Miles Over the Posted Speed Limit | $184.00 |
| 16 Miles Over the Posted Speed Limit | $187.00 |
| 17 Miles Over the Posted Speed Limit | $190.00 |
| 18 Miles Over the Posted Speed Limit | $193.00 |
| 19 Miles Over the Posted Speed Limit | $196.00 |
| 20 Miles Over the Posted Speed Limit | $199.00 |
| 21 Miles Over the Posted Speed Limit | $202.00 |
| 22 Miles Over the Posted Speed Limit | $205.00 |
| 23 Miles Over the Posted Speed Limit | $208.00 |
| 24 Miles Over the Posted Speed Limit | $211.00 |
| 25 Miles Over the Posted Speed Limit | $214.00 |

If you have been cited for Speeding in a School Zone, you must submit an additional $25.00 to the above listed amount.

If you were charged with speeding more than 25 miles per hour over speed limit, you need to add an additional $3.00 for each additional mile over the 25 miles per hour fine amount listed above.

**NO SEAT BELT**
| Offense | |
| Driver | $179.00 |
| Passenger | $149.00 |
| Unsecured Child Under 8 Years of Age Unless Taller Than 4 ft. 9 inches. | $149.00 |
| Unsecured Child At Least 8 Years of Age and Under 17 Years of Age. | $299.00 |
| | $296.00 |

**NO LIABILITY INSURANCE**
| Offense | |
| Prior Conviction | $373.00 |
| | $571.00 |

**DRIVER'S LICENSE**
| Expired Driver's License | $167.00 |
| Expired Driver's License | $167.00 |
| Failure to Display Driver's License | $167.00 |

**REGISTRATION**
| No Current License Plate or Unregistered Vehicle | $175.00 |
| Expired License Plate | $175.00 |
| Ran Red Light (Solid). | $241.00 |
| Ran Red Light (Flashing). | $186.00 |
| Ran Stop Sign. | $186.00 |
| Passing a School Bus. | $700.00 |
| Theft Under $100.00 | $290.00 |
| Assault (Physical or Threaten) | $345.00 |
| Minor In Possession (M.I.P.) or Minor Consuming (M.I.C.)-1st Offense Only. | $208.00 |
| Possess Open Container of Alcoholic Beverage | $243.00 |
| Tobacco Under 18 (Possess, Purchase, or Consume). | $208.00 |
| Disorderly Conduct (All D.O.C. Offenses). | $299.00 |

## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

150581135

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
| 1LNHM82W2YY887083 | 2000 | LINC | 4D |

| | | TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
| | | 16131143844133619 | 01/24/2020 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
| SIG | | 4100 | MWK4338 |

PREVIOUS OWNER
RAYNE RESENDEZ WACO TX

ODOMETER READING
EXEMPT

OWNER
DEVIN DEWAYNE LEVINGSTON
2625 SUMMER AVE
WACO, TX 76708

REMARK(S)

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN          1ST LIENHOLDER
NONE

1ST LIEN RELEASED ____ DATE ____
BY ____ AUTHORIZED AGENT

DATE OF LIEN          2ND LIENHOLDER
2ND LIEN RELEASED ____ DATE ____

2000   TownCar

AC   Comp. $33⁹⁹   Core $4⁹⁹

Control Arm $16⁹⁹   Core $2.⁹⁹

Lock Actuator $14⁹⁹   Core θ

Water Pump $10⁹⁹   core 1.⁹⁹

total 4/Tax 108.⁹⁷

---

## Waco Police Department

**CITY OF WACO**

Offense: Agg Assault

Case Number: 20-4824

Location: 521 Hatton Ave

Time/Date: 3/23/20   23:30

Primary Officer: Hogg

| | | |
|---|---|---|
| 3115 Pine | **Main Building** 750-7500 | |
| 3115 Pine | **Special Crimes** 750-7612 | |
| 3115 Pine | **Neighborhood Investigations** 750-3614 | ✗ |
| 323 Columbus | **Crimes Against Children** 752-2600 | |
| 15 Pine | **Family Violence** 750-8608 | |
| | **Drug Enforcement** 750-1750 | |
| 5 Pine | **Victim Services** 750-7526 | |

---

Transac...  s) Summary

Customer: MONTGOMERY JOHN
Emp ID:300003631

...27/2019
Time:02:04 PM

Subtotal:
Tax/Shipping:                      $19.00
...otal:                              $0.00
...der Type: Cash Inflow             $15.00
...nge:                              $20.00
                                    $1.00

EZPAWN #10910
301 E. Waco Dr. Waco, TX 76704
(254)755-6262
Store Hours:M-F 09-07, Sat 09-06, Sun 12-05.

**LOST TICKET STATEMENT**

Emp:300003631
Date:11/27/2019

Loan #:0456011
Orig Loan #:0000000

State of Texas           County of 128001

I, MONTGOMERY, JOHN CORNELIUS
414 pullen st
Mc Gregor, TX 76657

ID:   DL US TX13583177

DOB:           Eye:   Height:  G:  R:
08/26/1966     BR     5'8"     M   B

was issued the above numbered pawn ticket by
EZPAWN #10910, 301 E. Waco Dr. Waco, TX 76704
and said ticket has been:

---

## O'Reilly AUTO PART
**PROFESSIONAL PARTS PE...**

2304 FRANKLIN AVENUE
WACO, TX 76701
(254) 752-2131
www.oreillyauto.com

Store hours:
Mon-Sat: 07:30 AM-10:00 PM
Sun:    08:00 AM-10:00 PM

Counter #: 527032                    ERACLIO
Date: 09/26/2020 07:45 PM           Drawer: 7
Invoice #: 715-143222-

ATO AP103
SPARK PLUG                          8 @ 3.79 in
2001 Ford Expedition
4 YEAR LIMITED WARRANTY

PTT GM6150
3/8" RATCHET                         17.99 T
LIMITED LIFETIME WARRANTY

9 Items

Sub-Total                            48.31
Sales Tax                             3.99
Total                                52.30

Cash                                100.00
Change Due                           47.70

Thank you for being an O'Rewards member



date 9/24/20   No. 15017

received from   Room 25   $ 10.00

amount _____

_____ dollars

for payment of _____

( ) cash   ( ) money order   ( ) credit card   ( ) check # _____

| amount due | | from 9/29/20 to 9/30/20 |
| amount paid | | |
| balance | | signature |

885WS

Waco, TX 76702

**SINGLE-PIECE 6 SGL 11****V4V4V4V2-A-A-1
1073 1 SP 0-500

DEVIN LEVINGSTON
1625 N 15A ST
WACO TX 76707-2207

---

**AS IS**

**RECEIPT**   No. 68971

DATE 2-28-2020

FROM John Montgomery   $ 400,

$400

FOR RENT

FOR   Car Payment of $800   DOLLARS

ACCT. 800 00   ( ) CASH   FROM 2-28-20 to 3-28-20
( ) CHECK
( ) MONEY ORDER   BY ( )
( ) CREDIT CARD

A-2501
T-46820

---

**Texas Rising Star**

THIS is a
Deposit on
Ford FIVE
Hundred.
Total $800
$400. PAID
$ 400 balance
Sold as is.
John M

---

## CITATION
## LOTT PD

Citation #: 57072                    Case #: LPD20-127
Date/Time: 5/24/2020 5:44 AM

**Violator:**
Name: MONTGOMERY, JOHN CORNELIUS
Address: 402 OWEN LN APT 8, WACO, TX 76710
DOB: 8/26/1966                    Sex: Male
Race: Black                       Ethnicity: N. HISP
Hgt: 5' 08"                       Phone #:
ID/DL State: TX                   ID/DL #: 13583177

**Vehicle:**
License #: MWK4338                State: TX
Year: 2000                        Make: LINCOLN
Model: Town Car                   Type: Passenger Vehicle
Color: ---                        Hazd: No
Passengers: No                    VIN: 1LNHM82W2YY887083
Axle Weights:

**Location:**
Location: HWY77 @320
County: Falls                     Traffic: ---
Direction: NB        Day/Night: Night    Road Cond: Dry
Constr Zn: No        Workers: No         School Zn: No
Alleged Speed: 59                 Posted Speed: 55
Accident: No                      Radar Cal: Yes

**Violation(s):**
No Driver's License (when unlicensed)
Possession of Drug Paraphernalia   (Marijuana)

**Warning(s):**
Speeding 10% or over   (Alleged Speed/Limit: 59/55)

**Court Information:**
Issued By: Keith Godley          ID #: 85S
You are hereby notified to appear before

Wed May 20 19:24:11 2020

AutoZone 1324
2500 BELLMEAD D
BELLMEAD, TX
(254) 799-0201

Rewards Account 910100XXXXXX5238
#000236088 FA2101                    34.99 P
FA2101
Duralast Ball Joint, EA
VOID ITEM           -1 @ 1/34.99
#000236088 FA2101                   -34.99 P
FA2101
Duralast Ball Joint, EA
PRICE OVRIDE          1 @ 1/28.99
#000236088 FA2101                    28.99 N
FA2101
Duralast Ball Joint, EA
          SUBTOTAL            28.99
     TOTAL TAX @ 8.250%        2.39
          TOTAL               31.38
     XXXXXXXXXXXX4791 DEBIT    31.38
Data Source: CHIP
AppName/Label: US DEBIT / US DEBIT
AID: A0000000980840
TC: 3111BE6914C75F45
PIN Online Verified
REG #12  CSR #04 RECEIPT #03374/
STR. TRANS #685515
STORE #1324
DATE 05/20/2020    19:24
# OF ITEMS SOLD 1



Member: FREDDIE MONTGOMERY
As of 10/26/2019 at 00:29:17 AM CST
Your Credits Balance: 1 of 5
Your Rewards Balance: $0.00

Don't worry about losing your receipt!
Access your purchase history and view
program terms and conditions at
www.autozone.com/rewards
AutoZone Rewards Support:1-800-741-9179
PERSONAL

---

## O'Reilly AUTO PARTS.
### PROFESSIONAL PARTS PEOPLE

2715 NORTH 18TH STREET
WACO, TX 76708
(254) 752-2226
www.oreillyauto.com

Store hours:
Mon-Sat: 07:30 AM-09:00 PM
Sun:     08:00 AM-09:00 PM

Counter #: 488227                    JACOB
Date: 01/01/2021 05:13 PM       Drawer: 2
Invoice #: 719-189661

BB2 SM699                            33.99 T
SEMI-MET PAD
2004 Chevrolet Impala
LIMITED LIFETIME WARRANTY

ACD 41-101                           53.94 T
IRIDIUM PLUG            6 @ 8.99 EA
2004 Chevrolet Impala
7 YEAR LIMITED WARRANTY

7 Items

          Sub-Total              87.93
          Sales Tax               7.25
          Total                  95.18

DB 6345                           95.18

DB XXXXXXXXXXXX6345 Auth CD: 671799
    REF# 016551807867

Verified by PIN

---

AutoZone 1322
905 S VALLEY MI
BEVERLY HILLS, TX
(254) 757-3313

Rewards Account 910100XXXXXX5997
#000701273 4127
4127
Duralast Thermostat, EA

*** Order Pick Up
#000152137 35162
35162 Duralast/Fel-Pro
Water Outlet Gasket, EA

BHPUT Order Number 1322010B2021515
Pick-Up Store: 1321
           1925 W WACO DR
           WACO          TX 76
           (254) 756-5533
*** Order Pick Up
          SUBTOTAL
     TOTAL TAX @ 8.250%
          SALE TOTAL
          CASH
          CHANGE
REG #93  CSR #21 RECEIPT #337653
STR. TRANS #19080
STORE #1322
DATE 01/08/2021    1
# OF ITEMS SOLD 2



Member: GARNELL DAVIS
As of 10/08/2020 at 19:15:49 P
Your Credits Balance: 4 of 5

---

## O'Reilly AUTO PARTS
### PROFESSIONAL PARTS PEOPLE

2304 FRANKLIN AVENUE
WACO, TX 76701
(254) 752-2131
www.oreillyauto.com

Store hours:
Mon-Sat: 07:30 AM-10:00 PM
Sun:     08:00 AM-10:00 PM

                                     ERACL
Counter #: 3032                    Drawer
Date: 05/23/2020 06:29 PM
              6-47/418

PRE 4CB40108                       100.9
Ctrl Arm Asy
00 Lincoln Town Car
LIMITED LIFETIME WARRANTY

MOT SP493                 8 @ 3.69 EA   29.
SPARK PLUG
2000 Lincoln Town Car
2 YEAR LIMITED WARRANTY

MGD MGL51372                          4
OIL FILTER
2000 Lincoln Town Car

ME T15-40-1
     Motor Oil
     Special Offer

---

## HARBOR FREIGHT TOOLS

390. BELLINE BLVD SPACE 7
WACO, TX 76710
Telephone (254) 412-3999

SALE

Customer Name:      Joe montgromi
Customer Number:    99906/25404/4

61847 121N TOOL BAG W/21 POCKET     $4
61278 9PC WOBBLE SOCKET EXTENSI  $14.99
61994 3/8IN DR QUICK RELEASE RA  $12.99
64217 10PC 3/8IN DR MET DEEP SO  $14.99
61296 10PC 1/2DR SAE HI VIS DEE  $16.99
56351 7PC 3/8IN DR STAR BIT SOC  $19.99

          Subtotal              $88.74
          Sales Tax 8.250%       $7.34
          Total                 $96.28

Debit                           $96.28
Card No. XXXXXXXXXXXX9219
Auth. No. 982816
Swiped

money to the District Clerk of McLennan County, Texas P.O. Box 2451 Waco, Texas 76701 on the earlier of the following dates:

(1) Monthly

(2) The date the total amount to be forwarded equals the total amount which remains unpaid; or

(3) The date the inmate is released.

THE COURT ENTERS THIS ORDER as a part of the Judgment and Sentence of this Court and pursuant to Government Code, Section 501.014, on this the 31st day of August , 2007.

JUDGE PRESIDING

How Did THey get this
CASe 2007-854-C2

IF I WAS IN T.D.C JAiL
How Did THey CHANCe
COURT REEORd

WHY WAS I STill IN T.D.C
JAiL TilT 2010 they ReleASe
GAVe me BUS Tickets

CERTIFIED DOCUMENT
PAGE 1/ OF 1/

I JOHN MONTgomey
Never Sign Paper

City: Fort Worth   State: Texas   Zip Code: 76102

2. Telephone number: Work 817·502·1599   Home _____   Other _____

3. Have you or a member of your family filed a grievance about this attorney previously?
Yes ___ No _K_ If "yes", please state its approximate date and outcome. _____

THAT WOMEN BLACK SIGN MY NAME

Have you or a member of your family ever filed an appeal with the Board of Disciplinary Appeals about this attorney?

Yes ___ No _K_ If "yes," please state its approximate date and outcome.

_____

4. Please check one of the following:
___X___ This attorney was **hired** to represent me.
_____ This attorney was **appointed** to represent me.
_____ This attorney was hired to represent **someone else**.

THNCeD MY TEN THOUSAND DOLLAR hegah PAPE BACK JH

If you hired the attorney, tell us how you met the attorney. Specifically, please provide details about how you came to know and hire this attorney._____

I TALK TO DAVID HUDSON WHILE BACK HE TOLD me give 10,000.00 THOUSAND DO FEDERAL CASE HE REFUSE

Please give the date the attorney was hired or appointed. _____

Please state what the attorney was hired or appointed to do. ON MY COUNTY COURT THEY EMAIL HIM TO gET ON THIS FALSE CASE 20151889

5. What was your fee arrangement with the attorney? PHONE NUMBER 254 750 1501 HAD TO SHOW FACE CASC W-18 MC 271 RP

How much did you pay the attorney? BANK CASHER CHECK 123951068

If you signed a contract and have a **copy**, please attach. CiViL LAWSUIT
If you have **copies** of checks and/or receipts, please attach. AGAINST POLICE
BANK NUMBER 051763589
MONEY ORDERED 68366³3

0719

**TxDMV**

150581135

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1LNHM82W2YY887083 | 2000 | LINC | 4D |

TITLE/DOCUMENT NUMBER                                         DATE TITLE ISSUED

16131143844133619   01/24/2020

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | | |
|---|---|---|---|---|
| SIG | | 4100 | | |

LICENSE NUMBER

MWK4338

PREVIOUS OWNER

RAYNE RESENDEZ WACO TX

ODOMETER READING

EXEMPT

REMARK(S)

OWNER

DEVIN DEWAYNE LEVINGSTON
2625 SUMMER AVE
WACO, TX 76708

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN                          1ST LIENHOLDER

NONE

1ST LIEN RELEASED _____ DATE _____

BY _____ AUTHORIZED AGENT

DATE OF LIEN                          2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE _____

BY _____ AUTHORIZED AGENT

DATE OF LIEN                          3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE _____

BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

SIGNATURE _____ DATE _____

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE _____

SIGNATURE _____ DATE _____

FORM 30-C REV. 05/2016          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

---

*Handwritten receipt:*

26277432

DATE 12/27/2019
Devin Levingston
2625 Summer Ave
Waco TX, 76708

VIN 1LNHM82W 2YY887083
2000 Lincoln
Color: Tan
Seller: Rayne A. Resendez
Rayne Resendez 254-715-7522
Buyer: Devin Levingston

AMOUNT 600.00

KEEP THIS RECEIPT FOR REFERENCE

| 09/18/2018 | 1 | MOTION for Leave to File Complaint by John Cornelius Montgomery. (Attachments: # 1 Complaint, # 2 IFP Motion)(tb) (Entered: 09/18/2018) |
|---|---|---|
| 10/15/2018 | 2 | SUPPLEMENT to 1 MOTION for Leave to File Complaint by John Cornelius Montgomery. (lad) (Entered: 10/15/2018) |
| 10/23/2018 | 3 | SUPPLEMENT to 1 MOTION for Leave to File Complaint by John Cornelius Montgomery. (lad) (Entered: 10/23/2018) |
| 11/19/2018 | | Case assigned to Judge Alan D Albright. Judge Robert Pitman no longer assigned to the case. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 11/19/2018) |
| 11/19/2018 | 4 | ORDER Reassigning case to Judge Alan D Albright. Signed by Judge Robert Pitman. (lad) (Entered: 11/19/2018) |
| 11/26/2018 | 5 | MOTION to Suppress Movant to Move this Case Forward by John Cornelius Montgomery. (jgb) (Entered: 11/26/2018) |
| 01/02/2019 | 6 | ORDER DENYING 1 Motion for Leave to File; DISMISSING 5 Motion. Signed by Judge Alan D Albright. (tb) (Entered: 01/02/2019) |
| 03/04/2019 | 7 | ADVISORY TO THE COURT by John Cornelius Montgomery. (tb) (Entered: 03/04/2019) |
| 03/04/2019 | 8 | MOTION for Leave to certify document by John Cornelius Montgomery. (tb) (Entered: 03/04/2019) |
| 03/20/2019 | | Text Order DENYING 8 Motion for Leave to File entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tmj) (Entered: 03/20/2019) |
| 05/21/2019 | 9 | MOTION by John Cornelius Montgomery. (tb) (Entered: 05/21/2019) |
| 05/31/2019 | 10 | ADVISORY TO THE COURT by John Cornelius Montgomery. (lad) (Entered: 05/31/2019) |
| 05/31/2019 | 11 | ADVISORY TO THE COURT by John Cornelius Montgomery. (lad) (Entered: 05/31/2019) |
| 06/18/2019 | 12 | MOTION to Appoint Counsel in his State case: 19th Judicial District of McLennan County, Case #2015-1889-C1 by John |

| | | Cornelius Montgomery. (lad) (Entered: 06/18/2019) |
|---|---|---|
| 06/20/2019 | 13 | SUPPLEMENT in support of 12 MOTION to Appoint Counsel and Motion to Transfer case from State Court to Federal by John Cornelius Montgomery. (lad) (Entered: 06/20/2019) |
| 07/10/2019 | 14 | ORDER DENYING 9 Motion ; DENYING 12 Motion to Appoint Counsel. Signed by Judge Alan D Albright. (mc5) (Entered: 07/10/2019) |
| 07/15/2019 | 15 | MOTION to Appoint Counsel by John Cornelius Montgomery. (am) (Entered: 07/15/2019) |
| 07/16/2019 | 16 | ORDER DENYING 15 Motion to Appoint Counsel. The Court DENIES Plaintiffs Motion because it cannot discern what relief Plaintiff seeks. Signed by Judge Alan D Albright. (lad) (Entered: 07/16/2019) |
| 07/18/2019 | 17 | ADVISORY TO THE COURT by John Cornelius Montgomery. (lad) (Entered: 07/18/2019) |
| 07/25/2019 | 18 | MOTION to Appoint Counsel by John Cornelius Montgomery. (am) (Entered: 07/25/2019) |
| 07/26/2019 | 19 | ORDER DENYING 18 Motion to Appoint Counsel. Signed by Judge Alan D Albright. (am) (Entered: 07/26/2019) |
| 07/29/2019 | 20 | **STRIKEN PER ORDER 19 ** ADVISORY TO THE COURT by John Cornelius Montgomery. (lad) Modified on 7/30/2019 (mc5). (Additional attachment(s) added on 8/6/2019: # 1 certification page) (lad). (Entered: 07/29/2019) |
| 07/27/2020 | 21 | MOTION to Reopen Case by John Cornelius Montgomery. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(am) (Entered: 07/27/2020) |
| 09/23/2020 | 22 | ADVISORY TO THE COURT by John Cornelius Montgomery. (am) (Entered: 09/23/2020) |
| 11/02/2020 | 23 | MOTION for Judgment by John Cornelius Montgomery. (am) (Entered: 11/02/2020) |
| 11/17/2020 | 24 | MOTION for Release of Final Judgment Ordered ( regarding imposed fines and license restrictions of state case) by John Cornelius Montgomery. (am) (Entered: 11/17/2020) |

FILED

JAN 28 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

JOHN MONTGOMEY

CHANGE ADDRESS

2519 SOUTH 27th

STREET WACO TX

76706